Harold HIDALGO–NAVARRO; et al., Petitioners,

v.

**Michael B. MUKASEY, Attorney General, Respondent.**

No. 08–71176.

United States Court of Appeals, Ninth Circuit.

Submitted Aug. 11, 2008.*

Filed Aug. 18, 2008.

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

John Martin Pope, Pope & Associates, PC, Phoenix, AZ, for Petitioner.

OIL, Ana T. Zablah–Monroe, Esquire, David V. Bernal, Esquire, U.S. Department of Justice, Washington, DC, District Counsel Phoenix, Esquire, Office of the District Director U.S. Department of Homeland Security, Phoenix, AZ, Ronald E. Lefevre, Office of the District Counsel Department of Homeland Security, San Francisco, CA, for Respondents.

Before: CANBY, LEAVY and KLEINFELD, Circuit Judges.

### MEMORANDUM **

This is a petition for review of the Board of Immigration Appeals' ("BIA") order affirming the denial of petitioners' application for cancellation of removal. The BIA found that the male petitioner failed to establish exceptional and extremely unusu-

** This disposition is not appropriate for publication and is not precedent except as provid-

al hardship to his qualifying relative and that the female petitioner and the minor petitioner lacked a qualifying relative.

█ We have reviewed the response to the court's order to show cause, and we conclude that the male petitioner has failed to raise a colorable constitutional or legal claim to invoke our jurisdiction over this petition for review. *See Martinez–Rosas v. Gonzales,* 424 F.3d 926 (9th Cir.2005); *Torres–Aguilar v. INS,* 246 F.3d 1267, 1271 (9th Cir.2001). Accordingly, we grant respondent's motion to dismiss this petition for review for lack of jurisdiction as to the male petitioner. *See* 8 U.S.C. § 1252(a)(2)(B)(i); *Romero–Torres v. Ashcroft,* 327 F.3d 887, 892 (9th Cir.2003); *Montero–Martinez v. Ashcroft,* 277 F.3d 1137, 1144 (9th Cir.2002).

█ The female petitioner and the minor petitioner presented no evidence that they have a qualifying relative for purposes of cancellation of removal as defined in 8 U.S.C. § 1229b(b)(1)(D). *See Molina–Estrada v. INS,* 293 F.3d 1089, 1093–94 (9th Cir.2002). The BIA therefore correctly concluded that these petitioners were ineligible for cancellation of removal. Accordingly, we grant respondent's motion for summary disposition as to the female petitioner and the minor petitioner because the questions raised by this petition for review are so insubstantial as not to require further argument. *See United States v. Hooton,* 693 F.2d 857, 858 (9th Cir.1982) (per curiam).

All other pending motions are denied as moot. The temporary stay of removal and voluntary departure confirmed by Ninth Circuit General Order 6.4(c) and *Desta v. Ashcroft,* 365 F.3d 741 (9th Cir.2004), shall

ed by 9th Cir. R. 36–3.

continue in effect until issuance of the mandate.

**PETITION FOR REVIEW DISMISSED in part; DENIED in part.**

---

* The panel unanimously finds this case suitable for decision without oral argument. See Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.